| | | |
|---|---|---|
| DATE: | 11/16/2020 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: | Mary | # memorandum |
| SUBJECT: | Possibly Related Case | **FILED - GR** |
| | CASE NUMBER: 1:20-cv-1098 | November 17, 2020 3:17 PM |
| | CASE CAPTION: Johnson et al v. Benson et al | CLERK OF COURT U.S. DISTRICT COURT WESTERN DISTRICT OF MICHIGAN BY:JMW SCANNED BY: JW / 11-17 |

TO: Magistrate Judge Green

According to the nature of the complaint and common parties, this case may be related to the case listed below:

Judge Janet T. Neff       Case Number 1:20-cv-1083

                          Case Number _____

                          Case Number _____

     __X__ Case is related       _____ Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

_____ (1) relates to property involved in an earlier numbered pending suit

__X__ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

_____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

_____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

_____

Dated: **Nov 17, 2020**        _Phillip J. Green_
                               Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

__X__ Direct assignment performed        JMW           11-17-2020
_____ Random assignment performed       Initials        Date

07/15