UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELIC JOHNSON, et al.,

       Plaintiffs,                Case No. 1:20−cv−1098

v.                                    Hon. Janet T. Neff

JOCELYN BENSON, et al.,

       Defendants.
_____/

### NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above−captioned case was filed in this court on November 15, 2020 .   The case has been assigned to Janet T. Neff .

CLERK OF COURT

Dated:  November 17, 2020      By:   /s/ Kelly R. Van Dyke
                                           Deputy Clerk