IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANGELIC JOHNSON and SARAH STODDARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JEANNETTE BRADSHAW, in her official capacity as Chair of the Board of State Canvassers for Michigan,<br><br>    Defendants. | No. 20-1098<br><br>Hon. Janet T. Neff |

**PLAINTIFFS' VOLUNTARY DISMISSAL**

AMERICAN FREEDOM LAW CENTER
Robert J. Muise, Esq. (P62849)
P.O. Box 131098
Ann Arbor, Michigan 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

RHOADES MCKEE PC
Ian A. Northon, Esq. (P65082)
55 Campau Avenue NW #300
Grand Rapids, Michigan 49503
Tel.: (616) 233-5125
ian@rhoadesmckee.com

GREAT LAKES JUSTICE CENTER
Erin Elizabeth Mersino, Esq. (P70886)
5600 W. Mt. Hope Highway
Lansing, Michigan 48917
(517) 322-3207
erin@greatlakesjc.org

*Special Counsel for Thomas More Society*

*Attorneys for Plaintiffs*

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Johnson and Stoddard hereby voluntarily dismiss this action without prejudice.

AMERICAN FREEDOM LAW CENTER

/s/ *Robert J. Muise*
Robert J. Muise, Esq. (P62849)

/s/ *Ian A. Northon*
Ian A. Northon, Esq. (P65082)
RHOADES MCKEE PC

/s/ *Erin Elizabeth Mersino*
Erin Elizabeth Mersino, Esq. (P70886)
GREAT LAKES JUSTICE CENTER

*Special Counsel for Thomas More Society*

*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Ian A. Northon
Ian A. Northon, Esq. (P65082)
RHOADES MCKEE PC
55 Campau Avenue NW #300
Grand Rapids, Michigan 49503
Tel.: (616) 233-5125
ian@rhoadesmckee.com
